IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: PHILLIP S NAVARRO AKA SCOTT NAVARRO    )
                                              )
BAC HOME LOANS SERVICING, L.P.,               )
                              Creditor,       )
      vs.                                     ) CASE NO. 09B17022
                                              ) JUDGE JACK B. SCHMETTERER
PHILLIP S NAVARRO AKA SCOTT NAVARRO,          )
                              Debtor          )

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes BAC Home Loans Servicing, L.P., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the April 2010 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of June 4, 2010.

    a. Attorney's Fees                                    =   $250.00

    b. Payments    4/10 – 7/10    4 @ $855.26    = $3,421.04

                                        **Total**        = $3,671.04

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, BAC Home Loans Servicing, L.P. rights to collect these amounts will remain unaffected.

                          Respectfully Submitted,
                          BAC Home Loans Servicing, L.P.

                          /s/Toni Dillon
                          Toni Dillon
                          ARDC#6289370

                          Pierce and Associates, P.C.
                          1 North Dearborn Street, Ste. 1300
                          Chicago, Illinois 60602
                          (312)346-9088