## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:   PHILLIP S NAVARRO                              CASE NO: 09-17022
                                                        CHAPTER 13

         DEBTORS(S)                                     JUDGE:   JACK B SCHMETTERER

                                                        NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**      BAC HOME LOANS SERVICING

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0004 | 8418   7508 WALNUT | $ 9,098.45 | $ 9,248.45 | $ 9,248.45 |

Total Amount Paid the Trustee                                           $  9,248.45

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                    X   Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the st  day of    January, 2013.

Debtor(s)                                                                           Debtors Attorney

PHILLIP S NAVARRO                                                        DAVID M SIEGEL
1445 W GREGORY ST 2ND FL                                          790 CHADDICK DR
CHICAGO IL 60640                                                            WHEELING IL 600900000


Addtional Creditors

PIERCE & ASSOC
1 N DEARBORN # 1300
CHICAGO IL 60602


Mortgage Arrearage Creditor

BAC HOME LOANS SERVICING
7105 CORPORATE DR
PYMT PROCESSING PTX B 209
PLANO TX 75024-1319


Electronic Service US Trustee


Date: January 23, 2013                                                    /s/ Tom Vaughn

                                                                                        Tom Vaughn, Chapter 13 Trustee
                                                                                        Chapter 13 Trustee
                                                                                        55 East Monroe Street, Suite 3850
                                                                                        Chicago, Ill   60603